# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

INDIANA MEMBERS CREDIT UNION,    )
    )
          Plaintiff,    )
    vs.    )    1:06-cv-1503-SEB-VSS
    )
VICTOR WAKLEY and    )
JULIE WAKLEY,    )
    )
          Defendants.    )
_____ )
    )
VICTOR WAKLEY and    )
JULIE WAKLEY,    )
    )
          Counter-Claim Plaintiffs,    )
    )
    vs.    )
    )
INDIANA MEMBERS CREDIT UNION    )
INDIANA MEMBERS LEASING    )
STEPHEN J. HYATT (Individual)    )
BOB COLLIERS (Individual)    )
MADISON AVENUE ASSOCIATES, INC.    )
  COLLECTION AGENCY    )
ALL MEMBERS JOHN AND JANE(S) (to be    )
  named individually of Indiana Members    )
  Credit Union)    )
TRI STATE AUTO RECOVERY, INC.    )
PATRICK EMMETT (Individual)    )
MARION COUNTY SHERIFF'S DEPARTMENT)
INDIANA DEPARTMENT OF FINANCIAL    )
  INSTITUTIONS    )
NATIONAL CREDIT UNION ADMINISTRATION)
NEIGHBORHOOD PATROL, INC.    )
ROQUEMORE & ROQUEMORE, INC.    )
RODNEY ROQUEMORE (Individual),    )
    )
          Counter-Claim Defendants.    )

## JUDGMENT AND ORDER OF REMAND

The court, having this day made its Entry directing the dismissal of the federal claim and the remand of this action as to the claim under state law,

**IT IS NOW ADJUDGED** that the claim against the National Credit Union Administration pursuant to the Federal Tort Claims Act is **dismissed for lack of subject matter jurisdiction.**

**IT IS FURTHER ADJUDGED AND DECREED** that, as to all other claims, the action is **remanded** to the Marion Superior Court as No. 49D12-0511-CT-4499.

The sending of a copy of this Order and the accompanying Entry shall constitute the remand which is ordered.

Date: 01/30/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper, tom.kieper@usdoj.gov
Alicia Mitchell Chandler, achandler@kdlegal.com
Jan Edward Helbert, jhelbertlaw@aol.com
Stephen J. Hyatt, sjhyatt@juno.com
Martha R. Lehman, mlehman@kdlegal.com
John L. Lisher, gbrown@ohllaw.com

Victor Wakley
12165 Golden Bluff Court
Indianapolis, IN 46236

Julie Wakley
12165 Golden Bluff Ct.
Indianapolis, IN 46236